**No. 09-8624. Laura A. Jennings, Petitioner v. Sallie Mae, Inc.**

559 U.S. 983, 130 S. Ct. 1715, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1944.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 358 Fed. Appx. 719.

**No. 09-8641. William L. Mayfield, Petitioner v. West Virginia.**

559 U.S. 983, 130 S. Ct. 1715, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1934.

March 1, 2010. Petition for writ of certiorari to the Circuit Court of West Virginia, Ohio County, denied.

**No. 09-8645. Bernard Johnson, Petitioner v. Joseph T. Smith, Superintendent, Shawangunk Correctional Facility.**

559 U.S. 983, 130 S. Ct. 1715, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1974.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 354 Fed. Appx. 516.

**No. 09-8651. Dwayne Underwood, Petitioner v. United States.**

559 U.S. 983, 130 S. Ct. 1715, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1964.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8656. Bret F. Maness, Petitioner v. United States.**

559 U.S. 983, 130 S. Ct. 1716, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1908.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 566 F.3d 894 and 325 Fed. Appx. 595.

**No. 09-8659. Phillip York, Petitioner v. Alvil Chapman, Warden.**

559 U.S. 983, 130 S. Ct. 1716, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1909.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8660. Quinton Wheeler, Petitioner v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al.**

559 U.S. 983, 130 S. Ct. 1716, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1996,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 746.

**No. 09-8675. Samuel E. Baker, Jr., Petitioner v. United States.**

559 U.S. 983, 130 S. Ct. 1717, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1905.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 894.

**No. 09-8683. Terry Brown, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1717, 176 L. Ed. 2d 199, 2010 U.S. LEXIS 1914,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.